HANSON BRIDGETT LLP
RAFFI V. ZEROUNIAN, SBN 236388
rzerounian@hansonbridgett.com
JUSTIN P. THIELE, SBN 311787
Jthiele@hansonbridgett.com
601 W. 5th Street, Suite 300
Los Angeles, California 90071
Telephone:   (213) 395-7620
Facsimile:   (213) 395-7615

HANSON BRIDGETT LLP
GARNER K. WENG, SBN 191462
gweng@hansonbridgett.com
SUSANNA L. CHENETTE, SBN 257914
schenette@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:   (415) 541-9366

*Attorneys for Plaintiff*
PAC FILL, INC. dba Sun Dairy

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PAC FILL, INC., a California corporation,<br><br>                Plaintiff,<br><br>        v.<br><br>SAEED "STEVE" DASHTI, an individual, and BIBI UNITED GROUP INC., a California corporation,<br><br>                Defendants. | Case No. 2:26-cv-03645<br><br>**NOTICE OF RELATED CASES (L.R. 83-1.3.1)** |

Pursuant to Local Rule 83-1.3.1, Plaintiff Pac Fill, Inc. ("Sun Dairy" or "Plaintiff") hereby gives notice, in conjunction with the filing of its Complaint (Dkt. No. 1) in this matter against Defendants Saeed "Steve" Dashti ("Dashti") and Bibi United Group, Inc. ("Bibi United") (collectively, "Defendants"), of the following civil cases pending in this District:

22901821.1

- *Dashti v. Pac Fill, Inc.*, No. 2:26-cv-3385-PA-BFM (Removed Mar. 30, 2026)

The above-referenced case was originally filed in Los Angeles County Superior Court on January 21, 2026, and removed to this District on March 30, 2026 pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446. This prior action asserts claims for unfair competition (Cal. Bus. & Prof. Code § 17200), declaratory relief (Cal. Code Civ. Proc. § 1060), and intentional interference with prospective economic advantage. The gravamen of the complaint in the prior action is Dashti's request for a declaratory judgment that Sun Dairy lacks enforceable trademark rights in the term "ABALI" and that Sun Dairy may not assert its trademark infringement claims against Dashti in connection with the use of that mark.

The Complaint in the present action asserts claims for federal and state trademark infringement and unfair competition arising from Defendants' unauthorized use of Sun Dairy's ABALI trademark, and arises from largely the same conduct as the prior action. The Complaint in the present action joins Bibi United as a defendant, who is not a party to the prior action but is a required party to afford Sun Dairy complete relief in the underlying dispute under Fed. R. Civ. P. 19. Sun Dairy has filed a motion to dismiss the prior action under Fed. R. Civ. P. 12. Accordingly, the present action and the prior action arise from the same or closely-related transactions, happenings, or events; or call for determination of the same or substantially related or similar questions of law and fact.

DATED:  April 6, 2026                              HANSON BRIDGETT LLP

By:     */s/ Raffi V. Zerounian*
RAFFI V. ZEROUNIAN
JUSTIN P. THIELE
GARNER K. WENG
SUSANNA L. CHENETTE
***Attorneys for Plaintiff***
PAC FILL, INC. dba Sun Dairy

22901821.1