HANSON BRIDGETT LLP
RAFFI V. ZEROUNIAN, SBN 236388
rzerounian@hansonbridgett.com
JUSTIN P. THIELE, SBN 311787
Jthiele@hansonbridgett.com
601 W. 5th Street, Suite 300
Los Angeles, California 90071
Telephone:   (213) 395-7620
Facsimile:   (213) 395-7615

HANSON BRIDGETT LLP
GARNER K. WENG, SBN 191462
gweng@hansonbridgett.com
SUSANNA L. CHENETTE, SBN 257914
schenette@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:   (415) 541-9366

***Attorneys for Plaintiff***
PAC FILL, INC. dba Sun Diary

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAC FILL, INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SAEED "STEVE" DASHTI, an individual; and BIBI UNITED GROUP INC., a California corporation,<br><br>    Defendants. | Case No. 2:26-cv-03645 PA (BFMx)<br><br>**REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT BIBI UNITED GROUP INC.**<br><br><br>Judge:         Hon. Percy Anderson<br><br>Trial Date:   None set |

Pursuant to Fed. R. Civ. P. 55(a), Plaintiff Pac Fill Inc. ("Sun Dairy" or "Plaintiff") requests the Clerk enter default against Defendant Bibi United Group Inc. ("Bibi United").

Sun Dairy filed this action on April 6, 2026 against Bibi United and Defendant . (Dkt. No. 1.) On April 17, 2026, Sun Dairy served Defendant Bibi

1

23079292.1

REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT BIBI UNITED GROUP INC.

United with copies of the initial Complaint and summons, and all related documents in this action, by personal service upon its registered agent for service of process and its principal, co-Defendant Dashti. (Dkt. No. 13.) Accordingly, Bibi United's original deadline to respond to the initial Complaint was May 8, 2026. (Declaration of Garner Weng ("Weng. Decl."), ¶ 3; Fed. R. Civ. P. 12(a)(1)(A)(i).)

On April 22, 2026, before any defendant had entered an appearance, Sun Dairy filed its First Amended Complaint (FAC) as a matter of course pursuant to Fed. R. Civ. P. 15(a)(1)(A), superseding the original complaint. (Dkt. No. 15.)

On April 24, 2026, Sun Dairy served Bibi United with copies of the FAC, again by personal service upon its registered agent for service of process and its principal, co-Defendant Dashti. (Dkt. No. 17.) Bibi United's deadline to respond to the FAC therefore again fell on May 8, 2026, which was both 14 days after service of the amended pleading and the time remaining to respond to the initial complaint. (Weng Decl., ¶ 4; Fed. R. Civ. P. 15(a)(3).)

On May 5, 2026, Defendant Dashti purported to make an appearance and a request for a "stay" on behalf of Bibi United through a filing Dashti signed personally, to which Sun Dairy objected because Bibi United cannot appear in this action except through licensed counsel. (Dkt. Nos. 25, 27.) On May 18, 2026, the Court struck this filing for failure to comply with this Court's rules regarding motions or *ex parte* applications. (Dkt. No. 29.)

Bibi United has therefore neither responded to the FAC nor otherwise appeared in this action within the time allowed under the Federal Rules. Sun Dairy is not aware that Bibi United is either a minor or an incompetent person. (Weng Decl., ¶ 5.) Accordingly, entry of default by the Clerk against Bibi United is proper pursuant to Fed. R. Civ. P. 55(a).

///

///

///

23079292.1

Case No. 2:26-cv-03645 PA (BFMx)

REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT BIBI UNITED GROUP INC.

DATED:  May 20, 2026                    HANSON BRIDGETT LLP


By:    /s/ Garner K. Weng
      RAFFI V. ZEROUNIAN
      JUSTIN P. THIELE
      GARNER K. WENG
      SUSANNA L. CHENETTE
      Attorneys for Plaintiff
      PAC FILL, INC. dba Sun Diary

Case No. 2:26-cv-03645 PA (BFMx)

23079292.1

REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT BIBI UNITED GROUP INC.

## PROOF OF SERVICE

### *Pac Fill, Inc. v. Dashti, et al.*
### Case No. 2:26-cv-03645 PA (BFMx)

**STATE OF CALIFORNIA, COUNTY OF CONTRA COSTA**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Contra Costa, State of California. My business address is 1676 N. California Blvd., Suite 620, Walnut Creek, CA 94596.

On May 20, 2026, I served true copies of the following document(s) described as **REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT BIBI UNITED GROUP INC.** on the interested parties in this action as follows:

Saeed "Steve" Dashti                    *Defendant in Pro Per*
23435 Welby Way
West Hills, CA 91307
stevedashti@gmail.com

Saeed "Steve" Dashti
21200 Oxnard Street, #508
Woodland Hills, CA 91367
stevedashti@gmail.com

Bibi United Group Inc.                    *Defendant*
c/o Saeed "Steve" Dashti (authorized agent)
23435 Welby Way
West Hills, CA 91307
stevedashti@gmail.com

Bibi United Group Inc.
c/o Saeed "Steve" Dashti (authorized agent)
21200 Oxnard Street, #508
Woodland Hills, CA 91367
stevedashti@gmail.com

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Hanson Bridgett LLP's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

23079292.1

PROOF OF SERVICE

1                                    Case No. 2:26-cv-03645 PA (BFMx)

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address lprongos@hansonbridgett.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 20, 2026, at Walnut Creek, California.

_____
Laura A. Prongos

23079292.1

PROOF OF SERVICE

2

Case No. 2:26-cv-03645 PA (BFMx)