UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 26-3645 PA (BFMx) | Date | June 30, 2026 |
|---|---|---|---|
| Title | Pac Fill, Inc. v. Saeed "Steve" Dashti, et al. | | |

Present: The Honorable   PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**          IN CHAMBERS

The Court has received the 26(f) report filed by Plaintiff Pac Fill, Inc. ("Plaintiff") and finds that a scheduling conference is not necessary.[1/] Dates set by the Court in this action are listed in the "Schedule of Trial and Pretrial Dates" attached to this order. The dates set by the Court are firm dates. Absent extraordinary circumstances, which must satisfy the requirements of Federal Rule of Civil Procedure 16(b) and be brought to the Court's attention in a timely manner, the Court will not modify these dates. The scheduling conference currently on calendar for July 6, 2026, at 10:30 a.m. is hereby vacated, and the matter taken off calendar.

The Court notes that Plaintiff estimates that trial will consume 7-10 trial days. It is the Court's practice to impose limits on the length of civil trials. Based on the Court's current understanding of this action, the parties are unlikely to have as much time to try this case as they appear to anticipate.

This case is referred to the Court's Mediation Panel. Alternatively, the parties may agree to use the services of a private mediator. If the parties elect to use a private mediator, they must file within fourteen (14) days a notice of election of private mediation with the name of the

---

[1/]          According to the report, pro se defendant Saeed "Steve" Dashti ("Defendant") refused to communicate with Plaintiff by phone or video conference, and made additional demands regarding the issues the parties would need to discuss. (Joint Report at p. 2.) Defendant also represented that he would file his own report if Plaintiff did not meet his demands. (Id.) To date, Defendant has not filed a response or supplement to Plaintiff's Report. Nevertheless, because the deadline for filing the joint report has passed, the Court has elected to proceed with the setting of dates, and has set dates that align with those set in the related matter, Steve Dashti v. Pac Fill, Inc., CV 26-3385 PA (BFMx). Defendant's refusal to acknowledge or comply with his obligations to participate in a scheduling conference and in the filing of a joint report is yet another example of his repeated violations of the Local Rules, this Court's Orders and the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 26-3645 PA (BFMx) | | Date | June 30, 2026 |
|---|---|---|---|---|
| Title | Pac Fill, Inc. v. Saeed "Steve" Dashti, et al. | | | |

private mediator selected.  If the parties have not selected a Panel Mediator within twenty-one (21) days or filed a notice of election of private mediation within fourteen (14) days, the ADR Program (213-894-2993) will assign a Panel Mediator.

IT IS SO ORDERED.

Schedule of Trial and Pretrial Dates

| CASE NO.: | CV | 26-03645 |
|---|---|---|

**PARTIES:**

Pac Fill, Inc

-v-

Saeed "Steve" Dashti, et al.

**COMPLAINT FILED:** 04/06/26

| TRIAL TYPE: | Jury |
|---|---|

SETTLEMENT CHOICE:
Court/Magistrate
Court's Mediation Panel           X
Private Dispute Resolution
Judicial Settlement Panel

| DATE | MATTER |
|---|---|
| 04/06/27 | Jury Trial at 9:00 a.m. |
| 04/01/27 | File Final Trial Exhibit Stipulation |
| 03/29/27 | Hearing on Motions in Limine at 1:30 p.m.<br>Hearing on Disputed Jury Instructions at 1:30 p.m. |
| 03/05/27 | Final Pretrial Conference at 1:30 p.m.<br>Motions in Limine to be Filed<br>Proposed Voir Dire Questions & Agreed-to Statement of Case |
| 02/19/27 | Lodge Pretrial Conference Order & Pretrial Exhibit Stipulation<br>File Contentions of Fact & Law<br>Exhibit & Witness Lists<br>File Joint Status Report Regarding Settlement<br>File Agreed Upon Set of Instructions & Verdict Forms<br>File Joint Statement Regarding Disputed Instructions, Verdicts, etc. |
| 02/08/27 | Last Date to Conduct Settlement Conference |
| 02/01/27 | Last Day for Hearing Motions |
| 01/25/27 | Discovery Cut-off |
| 09/28/26 | Last Day for Hearing on Motion to Amend Pleadings or Add Parties |