UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| Case No. | CV 26-3645 PA (BFMx) | Date | July 2, 2026 |
|---|---|---|---|
| Title | Pac Fill, Inc. v. Saeed "Steve" Dashti, et al. | | |

Present: The Honorable    PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**    IN CHAMBERS — ORDER TO SHOW CAUSE

On July 1, 2026, the Court struck the Motion filed by defendant Saeed "Steve" Dashti ("Dashti" or "Defendant") on June 24, 2026 (Docket No. 57) for failure to comply with the Local Rules and Federal Rules of Civil Procedure.  (Docket No. 71.)  On July 2, 2026, the Court struck Defendant's Motion for Reconsideration (Docket No. 60) for failing to comply with Local Rule 7-3.  (Docket No. 72.)  These filings are just two examples of the overwhelming number of documents filed by Defendant that this Court has had to monitor, deficiency, and strike since this action was filed.  (See Docket Nos. 24, 29, 43, 52, 53, 57, 70).[1]

From the onset of this action, the Court has advised Defendant of the requirement that, even as a pro se litigant, he must comply in all respects with the Local Rules, the Court's Standing Orders and the Federal Rules of Civil Procedure.  (Docket No. 23.)  Moreover, Defendant has been repeatedly reminded in this case, and the related action, that he needs to become familiar with the Local Rules, the Federal Rules of Civil Procedure and the Court's Standing Orders, and warned that the failure to do so will result in the imposition of monetary or other sanctions.  (Docket Nos. 50, 73; CV 26-3385 Docket Nos. 11, 13, 27, 43.)  Yet Defendant continues to file Motions, "supplemental" briefs and "requests," "statements," "responses," and "notices" that are not authorized or contemplated–or are in violation of–applicable rules and the Court's Orders.  These prolific and erroneous filings, and improper requests for relief have taxed the Court's limited resources and vexatiously multiplied these proceedings.  Defendant has also refused to acknowledge or comply with his obligations to participate in the scheduling conferences and the filing of joint reports required under the Local Rules, Federal Rules of Civil

---

[1]    Dashti's filings have been similarly vexatious and problematic in the related case filed by Dashti against plaintiff Pac Fill, Inc. ("Plaintiff" or "Pac Fill"), Steve Dashti v. Pac Fill, Inc., CV 26-3385 PA (BFMx).  (See Docket Nos. 11, 32, 39, 43.)  The Court refers to filings and Orders in this related case by the civil case number, 26-3385.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| Case No. | CV 26-3645 PA (BFMx) | | Date | July 2, 2026 |
|---|---|---|---|---|
| Title | Pac Fill, Inc. v. Saeed "Steve" Dashti, et al. | | | |

Procedure and the Court's Orders Scheduling a Meeting of Counsel in both of the cases pending before this Court.  (Docket Nos. 51, 73; CV 26-3385 Docket Nos. 28, 32.)

Accordingly, the Court orders Defendant to show cause why he should not be sanctioned in an amount up to $1,000 for his continuing and repeated violations of the Local Rules, the Federal Rules of Civil Procedure and the Court's Orders.  Defendant's response shall be filed no later than July 17, 2026.  Failure to timely respond to this order will result in the issuance of sanctions, including monetary sanctions and dismissal of the remainder of Defendant's counterclaim.

**IT IS SO ORDERED.**