HANSON BRIDGETT LLP
RAFFI V. ZEROUNIAN, SBN 236388
rzerounian@hansonbridgett.com
JUSTIN P. THIELE, SBN 311787
Jthiele@hansonbridgett.com
601 W. 5th Street, Suite 300
Los Angeles, California 90071
Telephone:   (213) 395-7620
Facsimile:   (213) 395-7615

HANSON BRIDGETT LLP
GARNER K. WENG, SBN 191462
gweng@hansonbridgett.com
SUSANNA L. CHENETTE, SBN 257914
schenette@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:   (415) 541-9366

*Attorneys for Plaintiff*
PAC FILL, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAC FILL, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAEED "STEVE" DASHTI, an individual; and BIBI UNITED GROUP INC., a California corporation,<br><br>　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 2:26-cv-03645 PA (BFMx)<br><br>**PLAINTIFF PAC FILL, INC.'S NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES AND COSTS (CCP § 425.16)**<br><br>Date:　　　　N/A<br>Time:　　　　N/A<br>Crtrm.:　　　9A<br>Judge:　　　Hon. Percy Anderson<br><br>Action Filed:　April 6, 2026<br>Trial Date:　　April 6, 2027 |

## TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that, pursuant to the Court's Order (Dkt. No. 50), Plaintiff Pac Fill, Inc. hereby moves this Court for an order awarding its attorneys' fees and costs, following its successful motion to strike under California Code of

Civil Procedure § 425.16 (anti-SLAPP). (*See* Dkt. No. 50) Under the Court's Order, the matter will be taken under submission. (*Id.*) As the motion is being filed pursuant to the Court's order, Plaintiff is not setting any hearing; and Plaintiff is not including the usual Local Rule 7-3 certification—though Plaintiff did in fact reach out to Defendant in advance of filing this motion, as set forth in the accompanying declaration.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Declaration of Garner Weng and exhibits attached thereto, the entire record in this action, and such other and further evidence or argument as may be made prior to or at the time of any hearing (if applicable).

DATED:  July 13, 2026                    HANSON BRIDGETT LLP


By:      */s/ Garner K. Weng*
                RAFFI V. ZEROUNIAN
                JUSTIN P. THIELE
                GARNER K. WENG
                SUSANNA L. CHENETTE
                Attorneys for Plaintiff
                PAC FILL, INC. dba SUN DAIRY

23260524.1

## PROOF OF SERVICE

### *Pac Fill, Inc. v. Dashti, et al.*
### Case No. 2:26-cv-03645 PA (BFMx)

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 601 W 5th St Unit 300, Los Angeles, CA 90071.

On July 13, 2026, I served true copies of the following document(s) described as **PLAINTIFF PAC FILL, INC.'S NTC OF MOTION AND MOTION FOR ATTORNEYS' FEES AND COSTS (CCP § 425.16)** on the interested parties in this action as follows:

Steve Dashti                                          *Defendant in Pro Per*
23435 Welby Way
West Hills, CA 91307
stevedashti@gmail.com

Steve Dashti
21200 Oxnard Street, #508
Woodland Hills, CA 91367
stevedashti@gmail.com

**BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with Hanson Bridgett LLP's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address mmillan-osuna@hansonbridgett.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 13, 2026, at Los Angeles, California.

*Marlen Millan-Osuna*
Marlen Millan-Osuna

PROOF OF SERVICE