UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 26-3645 PA (BFMx) | Date | August 4, 2026 |
| Title | Pac Fill, Inc. v. Saeed "Steve" Dashti, et al. | | |

| | | |
|---|---|---|
| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
| Daniel Torrez | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:** IN CHAMBERS–COURT ORDER

Before the Court is Defendant Saeed "Steve" Dashti's Request to File a Limited Sur-Reply ("Request") (Docket No. 93), by which Defendant seeks leave to respond to matters that he contends Plaintiff Pac Fill, Inc. ("Pac Fill" or "Plaintiff") raised for the first time in its Reply in support of its Motion for Attorney's Fees. Plaintiff filed boilerplate "Objections" to Defendant's Request. (Docket No. 95.)

Neither the Federal Rules of Civil Procedure nor the Local Rules contemplate the filing of a freestanding "Request" or "Objections" of the type submitted here. As the Court has explained in prior Orders, any party seeking affirmative relief must do so through a properly noticed motion or, where appropriate, an ex parte application that complies with Local Rules 6-1 and 7-19. Likewise, "Objections" are properly directed to evidence or other matters specifically authorized by the Federal Rules, the Local Rules, or an order of the Court. They are not a substitute for an opposition or other authorized motion. To the extent Pac Fill wished to respond to Defendant's improperly filed Request or seek affirmative relief of its own, it was required to file a substantive opposition or other procedurally authorized filing, rather than an objection asserting procedural defects while purporting to reserve the opportunity to address the merits at a later, unspecified date.

Because Plaintiff's Motion for Attorney's Fees was filed without a noticed hearing date and is presently under submission pursuant to the Court's June 19, 2026 Order, the Court will determine whether leave should be granted to file Defendant's proposed Sur-Reply (Request, Ex. A) when it rules on the Motion for Attorney's Fees.

The Court again cautions both parties that strict compliance with the Federal Rules of Civil Procedure, the Local Rules, and the Court's Orders is expected. The procedural tactics employed in this action, and in the related action, Dashti v. Pac Fill, Inc., No. 26-3385 PA (BFMx), have unnecessarily complicated these proceedings and tax this Court's limited resources without advancing the merits of the parties' dispute. Future violations of the Federal

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 26-3465 PA (BFMx) | Date | August 4, 2026 |
| Title | Pac Fill, Inc. v. Saeed “Steve” Dashti, et al. | | |

Rules of Civil Procedure, the Local Rules, or the Court's Orders may result in the imposition of appropriate sanctions.

IT IS SO ORDERED.