JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAC FILL, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAEED "STEVE" DASHTI, an individual; and BIBI UNITED GROUP INC., a California corporation,<br><br>Defendants. | Case No. 2:26-cv-03645 PA (BFM)<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL (FRCP 41(a)(1)(A)(ii))**<br><br>Judge: Hon. Percy Anderson |
| AND RELATED COUNTERCLAIM | Action Filed: April 6, 2026<br>Trial Date: April 6, 2027 |

This Court, having considered the parties' Joint Stipulation of Dismissal, grants the stipulation as follows:

1. Pac Fill, Inc's actions against Dashti and Defendant Bibi United Group Inc. are dismissed **with prejudice**.

2. Steve "Steve" Dashti's action against Pac Fill is dismissed **with prejudice**.

3. Pac Fill releases Dashti from the Court's order (Dkt. 99) awarding Pac Fill $30,429.54 in attorneys' fees, subject to the conditions in the Parties' settlement agreement.

4. This action is terminated.

5. Subject to the above, each party is to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: October 15, 2026

Percy Anderson
United States District Judge

# PROOF OF SERVICE

***Pac Fill, Inc. v. Dashti, et al.***
**Case No. 2:26-cv-03645 PA (BFM)**

**STATE OF CALIFORNIA, COUNTY OF CONTRA COSTA**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Contra Costa, State of California. My business address is 1676 N. California Blvd., Suite 620, Walnut Creek, CA 94596.

On October 15, 2026, I served true copies of the following document(s) described as **[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL (FRCP 41(A)(1)(A)(II)** on the interested parties in this action as follows:

| | |
|---|---|
| Saeed "Steve" Dashti<br>21200 Oxnard Street, #508<br>Woodland Hills, CA 91367<br>stevedashti@gmail.com | ***Defendant in Pro Per*** |

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Hanson Bridgett LLP's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address lprongos@hansonbridgett.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 15, 2026, at Alameda, California.

Laura Prongos

Laura A. Prongos